IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARY REEDER                                                              PLAINTIFF

v.                      CIVIL NO. 04-3060

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                  DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 29th day of September 2005.

                                                       /s/ Beverly Stites Jones
                                                       HON. BEVERLY STITES JONES
                                                       UNITED STATES MAGISTRATE JUDGE